1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LOPEZ-RAMOS

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,         ) No.  CR-03-20094-LHK
   |                                   )
12 |            Plaintiff,             ) **STIPULATION TO CONTINUE**
   |                                   ) **HEARING TO NOVEMBER 30, 2011 at**
13 | vs.                               ) **10:00 a.m., and [PROPOSED] ORDER**
   |                                   )
14 | RAMIRO LOPEZ-RAMOS,               )
   |                                   )
15 |            Defendant.             )
   |_____)
16

17                        **STIPULATION**

18      The parties, Ramiro Lopez-Ramos and the government, acting through their respective

19 counsel and subject to the Court's approval, stipulate that the hearing date currently set for

20 November 9, 2011, be vacated and that the Court set a new hearing date on November 30, 2011,

21 at 10:00 a.m.  Counsel for Mr. Lopez-Ramos will be in trial on November 9, 2011, before the

22 Honorable Ronald M. Whyte.  The request for the continuance is also based on the parties

23 ongoing investigation and discussions which lead them to believe that the case will be resolved

24 without the need to hear the motion to dismiss, or for a trial.  The continuance will enable the

25 parties sufficient time to resolve the case without trial.

26 ///

The parties further agree and stipulate for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 18 U.S.C. §3161(h)(7)(A) and (B)(iv) that time should be excluded from November 9, 2011 through and including November 30, 2011, to provide continuity of counsel and to provide defense counsel further time to prepare. Accordingly, Mr. Lopez-Ramos and the government agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and the defendant in a speedy trial.

Dated: November 4, 2011

          /s/_____
          Manuel U. Araujo,
          Assistant Federal Public Defender

Dated: November 4, 2011

          /s/_____
          Ann Marie Ursini,
          Special Assistant United States Attorney

### [~~PROPOSED~~] ORDER

WHEREFORE, based on the above, the COURT HEREBY ORDERS that the hearing currently scheduled on November 9, 2011, is continued to November 30, 2011, at 10:00 a.m., and further ordered that the period of delay from time from November 9, 2011, through and including November 30, 2011, is excluded for purposes of Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

SO ORDERED.

Dated: November 4, 2011

_____
HONORABLE, LUCY H. KOH,
United States District Judge