MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE E. URSINI (CABN 269131)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5588
   Facsimile: (408) 535-5066
   annmarie.ursini@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAMIRO LOPEZ-RAMOS,<br><br>    Defendant. | No.   CR 03-20094 LHK<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING TO February 15, 2012 AND EXCLUDING TIME FROM January 18, 2012 TO February 15, 2012 FROM THE SPEEDY TRIAL ACT CALCULATION |

      The Parties, RAMIRO LOPEZ-RAMOS and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for January 18, 2012 at 10:00am be vacated, and that the hearing be re-set for February 15, 2012 at 10:00am. The continuance is requested by the defendant's counsel for the following reasons. On November 6, 2011, defense counsel's eighty-eight year old mother broke her hip. On November 9, 2011, defense counsel made his final argument in the case of United States vs. Suibin Zhang. CR 05-00812 RMW. Between November 9, 2011, through November 25, 2011, defense counsel took leave to attend to his mother who after overcoming complications, had hip surgery on November 12, 2011. A number of complications arose due to counsel's mother's

age, health, and the effects of major surgery.  Counsel's mother died on December 13, 2011, and was buried on December 20, 2011.  Counsel returned to work on January 9, 2012.  On January 12, 2012, defense counsel's mother-in-law who had been living with counsel unexpectedly died.  She will be buried in Oxnard, California.  The funeral is expected to take place sometime during the week of January 17, 2012.  Because of these reasons and counsel's case load, he needs additional time to complete his investigation and negotiate a disposition.

The parties stipulate that the time between January 18, 2012 and February 15, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: January 13, 2012            MELINDA HAAG
                                   United States Attorney

                                   ___/s/_____
                                   ANN MARIE E. URSINI
                                   Special Assistant United States Attorney


                                   ___/s/_____
                                   MANUEL ARAUJO
                                   Attorney for Defendant

## [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for January 18, 2012 at 10:00am is vacated, and the matter is continued to February 15, 2012 at 10:00am.  Further, the Court ORDERS that the time between January 18, 2012 and February 15, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:   1/13/12

LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE