MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE URSINI (CABN 269131)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5588
   Facsimile: (408) 535-5037
   annmarie.ursini@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 03-20094 LHK |
| Plaintiff, ) | |
| ) | NOTICE OF DISMISSAL |
| v. ) | |
| RAMIRO LOPEZ-RAMOS, ) | San Jose Venue |
| Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED:    February 14, 2012        Respectfully submitted,

                                          MELINDA HAAG
                                          United States Attorney


                                            /S/
                                          ANN MARIE URSINI
                                          Special Assistant United States Attorney

NOTICE OF DISMISSAL (CR 03-20094 LHK)

Leave is granted to the government to dismiss the indictment.  It is further ordered that the arrest warrant issued in connection with the indictment is quashed.

Date: 2/15/12

LUCY H. KOH
United States District Court Judge